IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| United States of America, | ) | CR. NO. 3:09-391 (CMC) |
|---|---|---|
| v. | ) | **OPINION and ORDER** |
| Paul Archibald Beatty, III, | ) | |
| Defendant. | ) | |

This matter is before the court on Defendant's Motion to Vacate pursuant to 28 U.S.C. § 2255. ECF No. 55. The Government indicates that it does not oppose Defendant's motion. ECF No. 57.

Accordingly, the court **grants** Defendant's motion for relief under 28 U.S.C. § 2255. The Judgment Order in CR 3:09-391 filed December 1, 2010, is hereby **vacated**, and this matter is set for resentencing on **Wednesday, May 29, 2013, at 9:30 a.m.** in Courtroom Number 2, Matthew J. Perry, Jr. United States Courthouse, 901 Richland Street, Columbia, South Carolina 29201.

**IT IS SO ORDERED.**

s/ Cameron McGowan Currie<br>
CAMERON McGOWAN CURRIE<br>
UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
April 15, 2013